# EXHIBIT A

| | |
|---|---|
| Stephen Devine<br>801 W. Grant St.<br>Blakely, PA 18447, | Court of Common Pleas of<br>Lackawanna County -- Civil Action<br><br>Case No. __12__ -CV-__5888__ |
| Plaintiff | |
| v. | |
| GC Services, LP<br>6330 Gulfton St.<br>Houston, TX 77081-1108 | Jury Trial Demanded |
| Defendant | |

2012 OCT -2  P 2: 06
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION
MARY F. RINALDI
LACKAWANNA COUNTY

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

North Penn Legal Services
507 Linden Street, Suite 300
Scranton, PA  18503-1631
Telephone (570) 342-0184

Lawyer Referral Service
Lackawanna Bar Association
204 Wyoming Avenue, Suite 205
Scranton, PA  18503-1010
Telephone (570) 969-9600

Stephen Devine
801 W. Grant St.
Blakely, PA 18447,

                              Plaintiff

        v.

GC Services, LP
6330 Gulfton St.
Houston, TX 77081-1108

                              Defendant

Court of Common Pleas of
Lackawanna County – Civil Action

Case No. __12__-CV-__5888__

Jury Trial Demanded

## COMPLAINT

### I. Introduction

1.   This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction

2.   Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3.   Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4.   Plaintiff, Stephen Devine, is a natural person residing at 801 W. Grant St., Blakely, PA 18447.

5.   Defendant, GC Services, LP, ("the Collector") is a limited partnership engaged in the business of collecting debts in this state with a place of business located at 6330 Gulfton St., Houston, TX 77081-1108 and is a "debt collector" as defined by the

Act, 15 U.S.C. § 1692a(6).

## IV. Statement of Claim

6.      Within the past year the Collector was attempting to collect an alleged account ("the Account") from Plaintiff.

7.      The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5).

8.      The Collector regularly uses the telephone to attempt to collect consumer debts alleged to be due another.

9.      On or around July 7, 2012, the Collector caused a call to be placed to Plaintiff's uncle's phone.

10.      During this call the Collector asked Plaintiff's uncle to have Plaintiff return the call.

11.      Defendant violated the FDCPA, 15 U.S.C. § 1692c(B), which restricts communication with third parties.

12.      Within the last year, the Collector caused at least six phone calls to be placed to phone number (570) 483-4498.

13.      The aforementioned phone number was assigned to the address identified in paragraph 4 at all times relevant to this matter.

14.      During the calls, the Collector left messages for Plaintiff.

15.      15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

16.      In the messages, the Collector failed to disclose that the call was from a debt collector.

17.     15 U.S.C. § 1692d(6) requires a debt collector to provide a meaningful disclosure of identity in each communication with a consumer.

18.     In the messages, the Collector failed to provide this meaningful disclosure because it did not state the name of the Collector, or the purpose of the call.

19.     The calls and messages were attempts to collect the Account.

20.     Defendant violated the Act, 15 U.S.C. § 1692, subsections c(b) d(6) and e(11).

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Kristin Sabatini
Bar Number 200135
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000

3

## Verification of Complaint and Certification
## by Plaintiff Stephen Devine

Plaintiff, Stephen Devine, being duly sworn according to law, deposes as follows:

1.    I am a plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5.    I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6.    If applicable, each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain exhibit labels and some of my own handwritten notations.

4

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on _September 20,_____, 2012.

Stephen Devine
Plaintiff